UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
     SOUTHERN DIVISION     

GREAT LAKES INTELLECTUAL
PROPERTY LIMITED et al.,

      Plaintiffs,

                                            File No: 1:04-CV-608

v.

                                            HON. JANET T. NEFF

SAKAR INTERNATIONAL, INC.

      Defendant.
_____/


**ORDER APPROVING MAGISTRATE'S
REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation (Dkt 184) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

      NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

      IT IS ORDERED that:

      1. Plaintiffs' Motion for Partial Dismissal of the Counterclaim is **DENIED.**

      2. Plaintiffs shall file a reply to the Amended Counterclaim.

      IT IS SO ORDERED.


Dated: January 11, 2008                              /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                      UNITED STATES DISTRICT JUDGE